McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
David L. Emerzian, #222930
  *david.emerzian@mccormickbarstow.com*
Ben Nicholson, #239893
  *ben.nicholson@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:   (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Defendant and Third-Party Plaintiff
GULZAR SRAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| GRANGE INSURANCE ASSOCIATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GULZAR SRAN, CAEDEN FISHER, a minor, by and through his Guardians ad Litem, BILLY FISHER and WILMA FISHER,<br><br>　　　　Defendants.<br><br>AND RELATED CROSS-ACTION. | Case No. 1:15-CV-00526-SAB<br><br>**STIPULATION TO FILE COUNTERCLAIM AND ORDER THEREON** |

Defendant and Third-Party Plaintiff GULZAR SRAN ("Sran"), Defendant CAEDEN FISHER, by and through his Guardians ad Litem, BILLY FISHER and WILMA FISHER ("Fisher"), Plaintiff GRANGE INSURANCE ASSOCIATION ("Grange Insurance") and Third-Party Defendants JKG INSURANCE AGENCY and HARRY GILL ("JKG"), by and through their respective attorneys, enter into the following stipulation.

**I.**
**RECITALS**

　　1.　　On April 2, 2015, Grange filed the instant complaint for Declaratory Relief and

Equitable Reimbursement against Sran and Fisher. Both Mr. Sran and Mr. Fisher have filed answers in this matter.

2. On June 11, 2015 Sran filed his Answer to the Complaint.

3. On June 25, 2015 Sran filed his Third Party Complaint for Professional Negligence, Negligent Misrepresentation, Breach of Contract, Indemnity and Contribution against JKG Insurance and Harry Gill.

4. A trial date has been set in this matter for January 24, 2017.

5. Sran believes that he has additional claims against Grange Insurance that have not yet been stated and wishes to file a counterclaim against Grange Insurance in the form attached hereto as Exhibit "A".

6. The parties agree that allowing Sran leave to file the counterclaim would not be unduly prejudicial and Sran's attempt to file the counterclaim is not in bad faith or for a dilatory motive.

## II.
## STIPULATION

Based on the foregoing Recitals, the parties hereby stipulate and agree as follows:

1. Defendant and Third-Party Plaintiff GULZAR SRAN shall have ten days from entry of the order on this stipulation to file a Counterclaim against Grange Insurance in the form attached hereto as Exhibit "A".

**IT IS HEREBY STIPULATED**.

Dated: January 14, 2016                             McCORMICK, BARSTOW, SHEPPARD,
                                                    WAYTE & CARRUTH LLP


                                                By: ___/s/ Ben Nicholson___
                                                       David L. Emerzian
                                                       Ben Nicholson
                                                    Attorneys for Defendant and Third-Party Plaintiff
                                                       GULZAR SRAN

Dated: January 13, 2016             WILKINS, DROLSHAGEN & CZESHINSKI LLP


By: /s/ James H. Wilkins
James H. Wilkins
Attorneys for Defendant CAEDEN FISHER,
by and through his Guardians ad Litem, BILLY FISHER and WILMA FISHER

Dated: January 13, 2016             WOLKIN CURRAN, LLP


By: /s/ Brandt L. Wolkin
Brandt L. Wolkin
Attorneys for Plaintiff GRANGE INSURANCE ASSOCIATION


Dated: January 13, 2016             WOOD, SMITH, HENNING & BERMAN LLP


By: /s/ Summit S. Dhillon
Gregory P. Arakawa
Summit S. Dhillon
Attorneys for Third-Party Defendants JKG INSURANCE AGENCY and HARRY GILL

**ORDER**

Pursuant to the above Stipulation, and good cause appearing therefor, **IT IS ORDERED THAT**:

1. Defendant and Third-Party Plaintiff GULZAR SRAN shall have ten days from entry of the order on this stipulation to file a Counterclaim against Plaintiff GRANGE INSURANCE ASSOCIATION in the form attached hereto as Exhibit "A".

IT IS SO ORDERED.

Dated: **January 15, 2016**

UNITED STATES MAGISTRATE JUDGE