1 Gregory P. Arakawa (State Bar No. 159023)
  garakawa@wshblaw.com
2 Summit S. Dhillon (State Bar No. 258681)
  sdhillon@wshblaw.com
3 **WOOD, SMITH, HENNING & BERMAN LLP**
  7112 North Fresno Street, Suite 160
4 Fresno, California 93720-2949
  Phone: 559-437-2860 ♦ Fax: 559-438-1350

6 Attorneys for Third-Party Defendants, JKG INSURANCE AGENCY and HARRY GILL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| GRANGE INSURANCE ASSOCIATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GULZAR SRAN, CAEDEN FISHER, a minor, by and through his Guardians ad Litem, BILLY FISHER and WILMA FISHER,<br><br>　　　　　Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No. 1:15-CV-00526-SAB<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DISCOVERY DEADLINES** |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

　　　Pursuant to Fed. R. Civ. P. 29, Plaintiff, GRANGE INSURANCE ASSOCIATION, Defendant and Third-Party Plaintiff, Gulzar Sran, Third-Party Defendants, JKG Insurance Agency and Harry Gill and Attorneys for Caeden Fisher a minor, by and through his Guardians ad Litem, Billy Fisher and Wilma Fisher by and through their respective counsel, hereby make the following agreement to extend the current deadlines for expert disclosures.

　　　The current schedule, ordered by the Court is as follows:

　　　Last day to complete all non-expert discovery including motions – May 31, 2016

　　　Last day to serve all non-dispositive motions – May 31, 2016

　　　Last day to disclose expert witnesses – June 15, 2016

-1-

1. Last day to disclose supplemental experts is June 30, 2016
2. Expert Discovery Cutoff – July 22, 2016
3. Last day to file Motions for Summary Judgment – August 22, 2016
4. Last day to disclose expert testimony – October 26, 2016

The parties agree to extend all of the above deadlines for one (1) month

Further, the parties agree that no party may unilaterally use this modification of the Court's schedule to argue for any other extensions of time, excuse any other delay, or argue prejudice as to any other issue.

IT IS SO ORDERED.

Dated:   **May 18, 2016**

UNITED STATES MAGISTRATE JUDGE

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

I am employed in the County of Fresno, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 7112 North Fresno Street, Suite 160, Fresno, CA 93720-2949.

On May 18, 2016, I served the following document(s) described as **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND DISCOVERY DEADLINE** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 18, 2016, at Fresno, California.

Michelle A. Fischer

**SERVICE LIST**
*Grange Insurance v. Sran, et al.*
**USDC, Eastern - 1:15-cv-00526 SAB**

| | |
|---|---|
| Brandt L. Wolkin, Esq.<br>Wolkin Curran<br>555 Montgomery Street, Suite 1100<br>San Francisco, CA 94111<br>Tel:  (415) 982-9390/Fax: (415) 982-4328<br>E-mail: bwolkin@wolkincurran.com<br>**Attorneys for Plaintiff, GRANGE INSURANCE ASSOCIATION** | David L. Emerzian, Esq.<br>Ben Nicholson, Esq.<br>McCormick, Barstow, Sheppard, Wayte & Carruth, LLP<br>7647 N. Fresno Street<br>Fresno, CA  93720<br>Tel: (559) 433-1300/Fax: (559) 433-2300<br>david.emerzian@mccormickbarstow.com<br>ben.nicholson@mccormickbarstow.com<br>**Attorneys for Defendant and Third-Party Plaintiff, GULZAR SRAN** |
| James H. Wilkins, Esq.<br>Wilkins, Drolshagen & Czeshinski LLP<br>6785 N. Willow Avenue<br>Fresno, CA 93710<br>Tel: (559) 438-2390/Fax: (559) 438-2393<br>j.wilkins@wdcllp.com<br>**Attorneys for CAEDEN FISHER<br>a minor, by and through his Guardians ad Litem, Billy Fisher and Wilma Fisher** | |