# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| GRANGE INSURANCE ASSOCIATION,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>GULZAR SRAN, CAEDEN FISHER, a minor, by and through his Guardians ad Litem, BILLY FISHER and WILMA FISHER,<br><br>　　　　Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No. 1:15-cv-00526-SAB<br><br>ORDER RE STIPULATION TO AMEND SCHEDULING ORDER |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the scheduling order is amended as follows:

　　　Last day to complete all non-expert discovery including motions – June 30, 2016

　　　Last day to serve all non-dispositive motions – June 30, 2016

　　　Last day to disclose expert witnesses – July 15, 2016

　　　Last day to disclose supplemental experts is August 1, 2016

　　　Expert Discovery Cutoff – August 22, 2016

/ / /

/ / /

1    Last day to file Motions for Summary Judgment – September 22, 2016

2    Last day to disclose expert testimony – November 28, 2016

3

4  IT IS SO ORDERED.

5  Dated:   **June 29, 2016**

6                                              UNITED STATES MAGISTRATE JUDGE