# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANGE INSURANCE ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>GULZAR SRAN, et al.,<br><br>Defendants. | Case No. 1:15-cv-00526-SAB<br><br>ORDER RE PROPOSED AMENDED ORDER EXTENDING DISCOVERY DEADLINES AND STIPULATION FOR EXTENSION OF DISCOVERY DEADLINES<br><br>(ECF Nos. 54, 56) |

On May 19, 2016, an order issued granting the parties' joint stipulation to extend discovery deadlines in this action. (ECF No. 53.) On June 29, 2016, the parties filed a stipulation to extend the discovery deadlines as well as the deadline for filing motions for summary judgment. (ECF No. 54.) On June 30, 2016, the Court issued an order regarding the parties' June 29, 2016 stipulation, but the order did not set forth any new deadlines. (ECF No. 55.) On July 5, 2016, the parties filed a proposed amended order granting the joint stipulation to extend discovery deadlines. (ECF No. 56.)

The Court will extend the deadlines for non-expert discovery including motions, filing non-dispositive motions, disclosing expert witnesses, disclosing supplemental experts, and expert discovery in accordance with the parties' stipulation. However, the Court finds that the deadline for filing dispositive motions shall be extended until November 2, 2016. In filing a dispositive motion, the parties must comply with Local Rule 230, which provides that the matter shall be set for hearing on the motion calendar of the Magistrate Judge to whom the action has been assigned not less than twenty-eight (28) days after service and filing of the motion. The pre-trial

conference is scheduled for December 16, 2016. The Court needs sufficient time to decide any dispositive motions before the pre-trial conference so that the parties can file their joint pretrial statement. Therefore, the Court finds that the parties shall schedule the hearing on any dispositive motions for no later than November 30, 2016.

The parties ask the Court to extend the deadline to disclose expert testimony to January 12, 2016. It appears that the parties request an extension of this deadline to January 12, 2017. However, the Court denies this request without prejudice absent further good cause shown. The deadline for disclosing expert testimony is presently November 28, 2016. Trial is scheduled for January 24, 2017, and an extension of the deadline to disclose expert testimony to January 12, 2017, may impact the filing of motions in limine, which will be due prior to January 12, 2017.

Accordingly, IT IS HEREBY ORDERED that the deadlines in the May 19, 2016 order are amended as follows:

| | |
|---|---|
| Non-Expert Discovery including motions: | August 15, 2016 |
| Non-Dispositive Motion Filing Date: | August 15, 2016 |
| Expert Disclosure: | August 29, 2016 |
| Supplemental Expert Disclosure: | September 15, 2016 |
| Expert Discovery: | October 6, 2016 |
| Dispositive Motion Filing Deadline: | November 2, 2016 |
| Last day for Dispositive Motion Hearing: | November 30, 2016 |

The pre-trial conference shall remain on December 16, 2016, and trial shall remain set for January 24, 2017.

IT IS SO ORDERED.

Dated: **July 7, 2016**

UNITED STATES MAGISTRATE JUDGE