# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANGE INSURANCE ASSOCIATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>GULZAR SRAN, et al.,<br><br>    Defendants. | Case No. 1:15-cv-00526-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 58)<br><br>Deadline: November 30, 2016 |

On October 25, 2016, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and

2. The parties shall file dispositional documents on or before November 30, 2016.

IT IS SO ORDERED.

Dated:   **October 26, 2016**

UNITED STATES MAGISTRATE JUDGE

1