Brandt L. Wolkin, Esq., SBN 112220
Wolkin · Curran, LLP
555 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone:    415/982-9390
Facsimile:     415/982-4328
bwolkin@wolkincurran.com

Attorneys for Plaintiff and Counterdefendant
**GRANGE INSURANCE ASSOCIATION**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| GRANGE INSURANCE ASSOCIATION, | Case No.: 1:15-cv-00526-SAB |
| Plaintiff, | |
| v. | **JOINT REQUEST FOR DISMISSAL; ORDER** |
| GULZAR SRAN. CAEDEN FISHER, a minor, by and through his Guardians *Ad Litem*, BILLY FISHER and WILMA FISHER, | |
| Defendants. | |
| AND RELATED CROSS-ACTIONS | |

The parties to the action, namely plaintiff and counter defendant GRANGE INSURANCE ASSOCIATION, defendant and third-party plaintiff GULZAR SRAN, defendant CAEDEN FISHER, by and through his *Guardians ad Litem*, BILLY FISHER and WILMA FISHER, and third-party defendants JKG INSURANCE AGENCY and HARRY GILL (collectively, the "Parties"), by and through their counsel of record, hereby request that the Court dismiss the above-entitled action, including all related cross-actions.

///

1.

| | |
|---|---|
| Dated:  October 27, 2016 | **WOLKIN CURRAN, LLP** |
| | */s/ Brandt L. Wolkin* |
| | By: _____ |
| | Brandt L. Wolkin |
| | Attorneys for Plaintiff and Counterdefendant **GRANGE INSURANCE ASSOCIATION** |
| Dated:  October 27, 2016 | **McCORMICK, BARTSOW, SHEPPARD, WAYTE & CARRUTH, LLP** |
| | */s/ Ben Nicholson* |
| | By: _____ |
| | David L. Emerzian<br>Ben Nicholson |
| | Attorneys for Defendant and Third-Party Plaintiff **GULZAR SRAN** |
| Dated:  October 27, 2016 | **WILKINS, DROLSHAGEN & CZESHINSKI, LLP** |
| | */s/ James H. Wilkins* |
| | By: _____ |
| | James H. Wilkins |
| | Attorneys for defendant **CAEDEN FISHER, by and through his *Guardians ad Litem*, BILLY FISHER and WILMA FISHER** |
| Dated:  October 27, 2016 | **WOOD, SMITH, HENNING & BERMAN, LLP** |
| | */s/ Summit Dhillon* |
| | By: _____ |
| | Gregory P. Arakwa<br>Summit S. Dhillon |
| | Attorneys for third-party defendants **JKG INSURANCE AGENCY and HARRY GILL** |

**ORDER**

Pursuant to the foregoing request for dismissal, and good cause appearing therefor, the Court dismisses the entire action, with prejudice.

IT IS SO ORDERED.

Dated:   **October 27, 2016**

UNITED STATES MAGISTRATE JUDGE

3.